No. 12–6666. KWASNIK v. MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 12–6676. THAMES v. CHAPMAN ET AL. C. A. 10th Cir. Certiorari denied.

No. 12–6692. NANCE v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 12–6694. ROLAN v. COLEMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT FAYETTE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 12–6698. WOODWARD v. CLINE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 12–6706. BOOKER v. GODINEZ, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS. Sup. Ct. Ill. Certiorari denied.

No. 12–6742. NOYAKUK v. TURNBULL. C. A. 9th Cir. Certiorari denied.

No. 12–6774. HAMILTON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–6787. HAMPTON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–6792. ELFGEEH v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 12–6803. MCCREARY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–6810. RAMIREZ-SALAZAR v. OUTLAW, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 12–6814. SOLIS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 12–6816. SUAREZ v. FELKER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–6820. JAMES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–6821. JOHNSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.